# ARTZ McCARRIE HEALTH LAW
## ATTORNEYS AT LAW

**HARRISBURG OFFICE**
200 NORTH THIRD STREET
12TH FLOOR, SUITE 12-B
HARRISBURG, PA 17101

(717) 238-9905
FAX (717) 238–2443

**CHARLES I. ARTZ, ESQ.**
CIA@ARTZHEALTHLAW.COM

**April L. McCLAINE, ESQ.**
ALM@ARTZHEALTHLAW.COM

**PHILADELPHIA OFFICE**
CENTRE SQUARE, WEST TOWER
1500 MARKET STREET, SUITE 4100
PHILADELPHIA, PA 19102

(267) 886-1852
FAX (215) 735-1714

**MICHAEL J. McCARRIE, ESQ.**
MJM@ARTZMCCARRIE.COM

June 9, 2016

*Sent via facsimile (267) 299-5113*
The Honorable Judge Eduardo C. Robreno, President Judge
United States District Court
Eastern District of Pennsylvania
Room 15614
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    LifeWatch Services, Inc. v. Highmark, Inc., et al.
              Civil Action No. 12-05146

The Honorable Judge Eduardo C. Robreno:

      We respectfully advise the Court that Plaintiff's Motion for Dismissal of Defendant Highmark, Inc. filed on Friday, June 3, 2016 is "uncontested" as all counsel are in agreement.

                                    Respectfully submitted,

                                      MICHAEL J. McCARRIE, ESQUIRE

MJM/lab

## CERTIFICATE OF SERVICE

I, Michael J. McCarrie, Esquire hereby certify that the foregoing has been filed on June 9, 2016 with the Clerk of Courts using the Court's CM/ECF system, which will send a notice of filing to all patties.

                                                Michael J. McCarrie, Esquire