```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| LIFEWATCH SERVICES, INC., | : | CIVIL ACTION |
| | : | NO. 12-5146 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BLUE CROSS AND BLUE SHIELD | : | |
| ASSOCIATION, et al., | : | |
| | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this **9th** day of **June, 2016,** upon consideration of Plaintiff's Motion for the Dismissal of Defendant Highmark, Inc. (ECF No. 96) and the letter from Plaintiff's counsel dated June 9, 2016, stating that the motion is uncontested (ECF No. 97), it is hereby **ORDERED** that the motion is **GRANTED as unopposed.** Defendant Highmark, Inc., shall be **DISMISSED** as a party in this matter pursuant to Federal Rule Civil Procedure 41(a)(2).

**AND IT IS SO ORDERED.**

                                    /s/ Eduardo C. Robreno
                                    **EDUARDO C. ROBRENO,    J.**