IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIFEWATCH SERVICES, INC., | : | CIVIL ACTION |
| | : | NO. 12-5146 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| HIGHMARK, INC., et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this **28th** day of **December, 2020**, after considering Defendants' Motion to Dismiss the Third Amended Complaint (ECF No. 95) and the parties' responses, replies, and supplemental briefing and holding a hearing on the record, it is hereby **ORDERED**, for the reasons set forth in the accompanying memorandum, that:

1. Defendants' Motion to Dismiss the Third Amended Complaint (ECF No. 95) is **GRANTED**;

2. The Third Amended Complaint (ECF No. 90) is **DISMISSED**; and

3. The Clerk of Court is directed to mark the case as **CLOSED**.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**